SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP -9 2024
ARTHUR JOHNSTON
BY ______ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:24-mj-271-LGI

DANIEL CHRISTIAN JOHNSON

**ORDER FOR COMPETENCY EVALUATION**

This cause came on for consideration of the Government's motion, for entry of an Order directing that the defendant, Daniel Christian Johnson, being charged with violation of 18 U.S.C. § 844(e) and 18 U.S.C. § 875(c), be provided with a mental health examination in accordance with the provisions of Title 18, United States Code, Sections 4241, 4242, and 4247, in that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS, THEREFORE ORDERED that pursuant to Title 18, United States Code, Sections 4241, 4242, and 4247, a mental health evaluation is to be conducted by a licensed psychologist for the United States Bureau of Prisons. Following such a mental health evaluation, a report is to be prepared and a copy will be provided to counsel for the defendant. Once defense counsel has received said copy, counsel will forward it to counsel for the Government and the Court. The report is to include the defendant's history and present symptoms; a description of the mental health evaluation tests that were administered and their results; the examiner's findings; the examiners' opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to

understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that in accordance with 18 U.S.C. § 3161(h)(1)(A), any delay resulting from an examination to determine the mental competency of the defendant is excluded for purposes of the Speedy Trial Act.

SO ORDERED this the 9th day of September, 2024.

***s/LaKeysha Greer Isaac***
UNITED STATES MAGISTRATE JUDGE

Agreed to by:

*/s/ Abby Brumley Edwards*
Abby Brumley Edwards, Esq.
Attorney for the Defendant

*/s/ Samuel P. Goff*
Samuel P. Goff, Esq.
Assistant United States Attorney