IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr88KHJ-LGI

DANIEL CHRISTIAN JOHNSON   18 U.S.C. § 844(e)
18 U.S.C. § 875(c)

**The Grand Jury charges:**

COUNT 1

That beginning on or about August 1, 2024 and continuing to on or about August 28, 2024, in Lauderdale County, in the Northern Division of the Southern District of Mississippi, the defendant, **DANIEL CHRISTIAN JOHNSON**, aided and abetted by others known and unknown to the Grand Jury, did, through the use of the social media platform Facebook, an instrument of interstate or foreign commerce, willfully made a threat to kill, injure, or intimidate another, by means of fire or an explosive, in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

COUNT 2

That on or about and between June 1, 2024 and August 28, 2024, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **DANIEL CHRISTIAN JOHNSON**, did knowingly and willfully transmit in interstate and foreign commerce a communication, to wit: posts on the social media platform Facebook, containing a threat to kidnap or injure L.D., specifically stating a threat that "a lot of people are about to die," in violation of Title 18, United States Code, Section 875(c).

COUNT 3

That on or about and between June 1, 2024 and August 28, 2024, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **DANIEL CHRISTIAN JOHNSON**, did knowingly and willfully transmit in interstate and foreign commerce a communication, to wit: posts on the social media platform Facebook, containing a threat to kidnap or injure C.S., specifically stating a threat to "castrate" C.S., in violation of Title 18, United States Code, Section 875(c).

COUNT 4

That on or about and between June 1, 2024 and August 28, 2024, in Lauderdale County in the Northern Division of the Southern District of Mississippi, the defendant, **DANIEL CHRISTIAN JOHNSON**, did knowingly and willfully transmit in interstate and foreign commerce a communication, to wit: posts on the social media platform Facebook, containing a threat to kidnap or injure J.G., specifically stating a threat to "hunt him down" and "kill him," in violation of Title 18, United States Code, Section 875(c).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been

substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(C) and (G); Title 18, United States Code, Section 982(a)(2)(B); and Title 18, United States Code, Section 844(c).

TODD W. GEE
United States Attorney

A TRUE BILL:
s/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___10th___ day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE